# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | CR. NO. 06-00211-CG |
| ) | |
| GLENNIE McGEE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the court on the United States' Motion for Reduction of Sentence pursuant to Rule 35(b),Federal Rules of Criminal Procedure. (Doc.46). The United States asks the court to reduce the defendant's sentence by 10% because he provided substantial assistance in the investigation and prosecution of at least one other person. The defendant responded, requesting more than the 10% recommended reduction. The court held a hearing this date and received additional input from the parties.

Upon due consideration of the grounds presented, the court finds that the United States' motion is well taken and hereby **GRANTS** the motion. Based upon all information presented, the court finds that a 20% reduction in the sentence is appropriate.

Therefore, it is **ORDERED** that defendant **GLENNIE McGEE's** sentence hereby is amended, and his term of imprisonment is reduced from 100 months to **80 months**. All other terms and conditions of the sentence and judgment remain the same.

**DONE and ORDERED** this 5th day of August, 2008

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE